DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

ALONZO WICKERS IV (State Bar No. 169454)
   alonzowickers@dwt.com
NICOLAS A. JAMPOL (State Bar No. 244867)
   nicolasjampol@dwt.com

Attorneys for Defendant
PENGUIN GROUP (USA) INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMC ENTERTAINMENT GROUP, INC., a California corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>PENGUIN GROUP (USA) INC., a Delaware corporation; and DOES I through X, inclusive,<br><br>             Defendants. | Case No. CV12-10711 DSF (PLAx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

1  Having considered the Stipulated Protected Order, and with good cause
2  appearing, the Court hereby adopts the parties' Stipulated Protective Order as the
3  order of the Court in this matter.
4
5  **IT IS SO ORDERED.**
6
7  Date:  June 4, 2013                              _____
8                                                                    Paul L. Abrams
                                                                United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28