JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMC ENTERTAINMENT GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PENGUIN GROUP (USA), INC., <br><br> Defendant. | Case No.: CV 12-10711 DSF (PLAx) <br><br> JUDGMENT |

The Court having ordered that summary judgment be granted in favor of defendant,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 4/15/15

                                                           Dale S. Fischer <br>
                                       United States District Judge